**No. 11-89. Luciane Vieira, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 882, 132 S. Ct. 250, 181 L. Ed. 2d 144, 2011 U.S. LEXIS 5429.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-90. Shannon Winters, Petitioner v. Matthew Brown.**

565 U.S. 882, 132 S. Ct. 250, 181 L. Ed. 2d 144, 2011 U.S. LEXIS 5326.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 51 So. 3d 656.

**No. 11-91. Ian P. Norris, Petitioner v. United States.**

565 U.S. 882, 132 S. Ct. 250, 181 L. Ed. 2d 144, 2011 U.S. LEXIS 5446.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 419 Fed. Appx. 190.

**No. 11-92. Orient Mineral Company, et al., Petitioners v. Bank of China.**

565 U.S. 882, 132 S. Ct. 250, 181 L. Ed. 2d 144, 2011 U.S. LEXIS 5357.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 416 Fed. Appx. 721.

**No. 11-95. Dos Picos, L.L.C., fka Dos Picos Land Limited Partnership, et al., Petitioners v. Pima County, Arizona.**

565 U.S. 882, 132 S. Ct. 250, 181 L. Ed. 2d 144, 2011 U.S. LEXIS 5437.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

Same case below, 225 Ariz. 458, 240 P.3d 853.

**No. 11-96. Lance S. Russell, Petitioner v. South Dakota State Bar Disciplinary Board.**

565 U.S. 882, 132 S. Ct. 250, 181 L. Ed. 2d 144, 2011 U.S. LEXIS 5581.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of South Dakota denied.

Same case below, 797 N.W.2d 77.

**No. 11-97. Sara Castle, Petitioner v. Joan Thompson, et al.**

565 U.S. 882, 132 S. Ct. 251, 181 L. Ed. 2d 144, 2011 U.S. LEXIS 5471.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 631 F.3d 1194.